APPEAL NO. 75-32. ARTHUR L. DUFFY, JR. AND CARL T. OHRN, JR. v. R. I. STATE PILOTAGE COMMISSION. Motion of defendant that time for filing its brief be fixed as September 5, 1975 is denied as being moot. *Martin Malinou,* for plaintiffs. *Julius C. Michaelson,* Attorney General, *Ronald A. Dwight,* Special Asst. Attorney General, for defendant.

APPEAL NO. 75-37. MARTHA SAUNDERS v. HOWARD REALTY COMPANY *et al.* Motion of defendants to dismiss appeal of plaintiff is denied as moot. *David Hassenfeld,* for plaintiff. *Higgins, Cavanagh & Cooney, James M. Micali,* for defendants.

APPEAL NO. 75-68. INDUSTRIAL NATIONAL BANK v. ADAM FARKAS. Motion of plaintiff to affirm judgment below pursuant to Rule 16(g) denied. Paolino and Joslin, JJ. not participating. *Hinckley, Allen, Salisbury & Parsons, Michael DeFanti,* for plaintiff. *Adam Farkas,* pro se.

APPEAL NO. 75-88. RHODE ISLAND HOSPITAL TRUST NATIONAL BANK v. NATIONAL HEALTH FOUNDATION. Motion of plaintiff to dismiss the appeal is denied. Its motion to enlarge the time for the filing of a motion for affirmance pursuant to Rule 16 (g) is granted. The defendant's motion to deny the plaintiff's motion to dismiss is denied as being moot. *Winograd, Shine & Zacks, David A. Schechter,* for plaintiff. *Norman L. Grant,* for defendant.

APPEAL NO. 75-99. LEROY W. ARMSTRONG v. VIRGINIA D. ARMSTRONG. Motion to reconsider and the renewed prayer for a restraining order pending appeal are denied. *James P. Flynn,* for appellant. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler,* for appellee.

APPEAL NO. 75-146. FEDDERS FINANCIAL CORPORATION v. ARMAND'S ENGINEERING, INC. *et al.* Motion of plaintiff to dismiss the appeal is denied without prejudice to its raising this issue in its brief and oral argument. *Charles J. McGovern,* for plaintiff. *John J. Quattrochi, Jr.,* for defendants.